UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60102-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                      <u>O R D E R</u>

STANLEY WILSON, a/k/a "Bird,"

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Stanley Wilson's Motion For Severance (DE 81) and the Report And Recommendation (DE 109) filed herein by United States Magistrate Judge Robin S. Rosenbaum. No objections have been filed to said Report. The Court has conducted a <u>de</u> <u>novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report And Recommendation (DE 109) filed herein by United States Magistrate Judge Robin S. Rosenbaum be and the same is hereby approved, adopted and ratified by the Court; and

    2. Defendant Stanley Wilson's Motion For Severance (DE 81) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of June, 2010.

                                                                  /s/ William J. Zloch
                                                                  WILLIAM J. ZLOCH
                                                                  United States District Judge

Copies furnished:

The Honorable Robin S. Rosenbaum
United States Magistrate Judge

All Counsel of Record