# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date:   08/20/18  Time:  11:00 a.m

Defendant:  Stanley Wilson                    J#: _____   Case #:        10-60102-Cr-Zloch

AUSA:  Jodi Anton Duty/ Jared Strauss              Attorney: _____

Violation:   Second Superseding Supervised Release Violation

Proceeding: Initial Appearance Revocation              CJA Appt: _____

Bond/PTD Held:  ☑ Yes   ☐ No       Recommended Bond:    No Bond

Bond Set at: _____          Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: _____

Disposition:
All parties present - Deft advised of his rights and charges.  Deft sworn for counsel - FPD appointed - Tim Day in court.
Bond hearing held - govt proceed by way of proffer - direct - cross - no redirect.  Argument by both parties - Court  grants the govt's motion and deft shall be held with no bond.
The court proceed with a probable cause hearing.  P.O.  Julio Sanchez sworn - direct - cross -no redirect. The Court find probable cause on all violations.

**NEXT COURT APPEARANCE**  Date: _____  Time: _____  Judge: _____      Place: _____

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

Check if Applicable:  ☐  The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R.  11:40:13 / 12:03:01                    Time in Court:  1 hour 10 mins